IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Behrouz Dolatzadeh,<br><br>   Defendant. | CR- 12-0258-PHX-DGC<br><br>**O R D E R** |

   The Court having reviewed the Government's Motion to Dismiss the Indictment without Prejudice, and good cause appearing,

   IT IS HEREBY ORDERED granting the motion to dismissing without prejudice the Indictment in the above-captioned matter.

   IT IS FURTHER ORDERED quashing the arrest warrant issued in the above-captioned matter on February 8, 2012.

   Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____ for a total of _____ days.


   Dated this 1st day of February, 2016.

_____
David G. Campbell
United States District Judge